PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3480
_____

UBAIDULLAH ABDULRASHID RADIOWALA,
a/k/a Obed Radiowala, a/k/a Obaid Radiowalla,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA,
Respondent
_____

On Petition for Review of a Decision of the
United States Department of Justice
Board of Immigration Appeals
(A093-454-642)
Immigration Judge:  Virma A. Wright
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
June 27, 2019
_____

ORDER AMENDING OPINION
_____

At the direction of the Court, the opinion filed July 22, 2019 is amended as follows:

On page 8, the heading for section III.A. is changed from "Asylum" to "Cancellation of Removal".

For the Court,
s/ Patricia S. Dodszuweit
Clerk

Date: July 31, 2019